Corinne Chandler, SBN 111423
  E-mail: cchandler@kantorlaw.net
Brent Dorian Brehm, SBN 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

JS-6

Attorneys for Plaintiff,
Katherine Clay

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE CLAY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and DISNEY WORLDWIDE SERVICES, INC. LONG TERM DISABILITY PLAN.<br><br>　　　　Defendants. | CASE NO: EDCV 14-02463-VAP (SPx)<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

　　　Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: July 15, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

[PROPOSED ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE